UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Katherine M Baker,

    Plaintiff,

v.

Nationwide Financial LLC, *et al.*,

    Defendants.

Case No. 2:22-cv-2882

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On October 25, 2022, the Court ordered Plaintiff to show cause why her claims against Defendant Nationwide Financial LLC ("Nationwide") should not be dismissed for lack of timely service. ECF No. 11. Plaintiff has responded that she was able to serve Nationwide on October 28, 2022, eight days late. ECF No. 16. The returned executed summons on the docket reflects the same. ECF No. 15.

The Court retroactively grants Plaintiff an additional eight days to complete service on Nationwide and, therefore, concludes that service is timely and complete.

On other matters, the Clerk is **DIRECTED** to **TERMINATE AS MOOT** the motion to dismiss, ECF No. 10, due to the filing of the Amended Complaint. The Clerk is further **DIRECTED** to retitle ECF No. 16 as "Plaintiff's Response to Show Cause Order," and to terminate ECF No. 16.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT